UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JUAN FRANCISCO GONZALES NIEVES, AS :
TRUSTEE OF THE GONZALES CORONADO
TRUST, Individually and on Behalf of All Others :
Similarly Situated,
                                         Plaintiff, : Case No. 16 Civ. 3591 (GHW)
    v.
                                         :
PERFORMANCE SPORTS GROUP LTD.,
KEVIN DAVIS, MARK VENDETTI, and AMIR :
ROSENTHAL,
                                     Defendants. :
------------------------------------------------------------ X

### DECLARATION OF S. DOUGLAS BUNCH IN SUPPORT OF MOTION OF PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL

Pursuant to 28 U.S.C. § 1746, I, S. Douglas Bunch, declare as follows:

1. I am a member in good standing of the New York bar and I am admitted to practice in this District. I submit this declaration in support of the motion filed by Plumbers & Pipefitters National Pension Fund ("Plumbers & Pipefitters" or "Movant") to: (1) appoint Plumbers & Pipefitters as Lead Plaintiff; and (2) appoint Lead Counsel for the class.

2. Attached as exhibits hereto are true and correct copies of the following:

Exhibit A:    Notice of filing of a complaint to purchasers of securities of Performance Sports Group Ltd., dated March 18, 2016;

Exhibit B:    Certification of Plumbers & Pipefitters;

Exhibit C:    Loss calculation of Plumbers & Pipefitters; and

Exhibit D:    Firm Biography of Cohen Milstein Sellers & Toll PLLC.

2139088.1

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.


Dated:    May 17, 2016               /s/ S. Douglas Bunch
                                     S. Douglas Bunch

2139088.1