**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL    (1946-1956)
SIMON H. RIFKIND    (1950-1995)
LOUIS S. WEISS      (1927-1950)
JOHN F. WHARTON     (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7321

WRITER'S DIRECT FACSIMILE
(202) 204-7393

WRITER'S DIRECT E-MAIL ADDRESS
janderson@paulweiss.com

PARTNERS RESIDENT IN WASHINGTON
DAVID J. BALL          ROBERTO J. GONZALEZ
CRAIG A. BENSON        MARK F. MENDELSOHN
PATRICK S. CAMPBELL    JANE B. O'BRIEN
CHARLES E. DAVIDOW     ALEX YOUNG K. OH
KENNETH A. GALLO       JOSEPH J. SIMONS

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*         MEREDITH J. KANE*
EDWARD T. ACKERMAN*        ROBERTA A. KAPLAN*
JACOB A. ADLERSTEIN*       BRAD S. KARP*
ALLAN J. ARFFA             PATRICK N. KARSNITZ*
ROBERT A. ATKINS*          JOHN C. KENNEDY*
JOHN F. BAUGHMAN*          BRIAN KIM*
LYNN B. BAYARD*            ALAN W. KORNBERG
DANIEL J. BELLER           DANIEL J. KRAMER*
MITCHELL L. BERG*          DAVID K. LAKHDHIR
MARK S. BERGMAN            STEPHEN P. LAMB*
BRUCE BIRENBOIM*           JOHN E. LANGE*
H. CHRISTOPHER BOEHNING*   GREGORY F. LAUFER*
ANGELO BONVINO*            DANIEL J. LEFFELL*
JAMES L. BROCHIN*          XIAOYU GREG LIU*
RICHARD J. BRONSTEIN*      JEFFREY D. MARELL*
DAVID W. BROWN*            MARCO V. MASOTTI*
SUSANNA M. BUERGEL*        EDWIN S. MAYNARD*
JESSICA S. CAREY*          DAVID W. MAYO*
JEANETTE K. CHAN*          ELIZABETH R. McCOLM*
YVONNE Y. F. CHAN*         CLAUDINE MEREDITH-GOUJON*
GEOFFREY R. CHEPIGA*       WILLIAM B. MICHAEL*
ELLEN N. CHING*            TOBY S. MYERSON*
WILLIAM A. CLAREMAN*       CATHERINE NYARADY*
LEWIS R. CLAYTON           BRAD R. OKUN*
JAY COHEN                  KELLEY D. PARKER*
KELLEY A. CORNISH*         MARC E. PERLMUTTER*
CHRISTOPHER J. CUMMINGS*   VALERIE E. RADWANER*
THOMAS V. DE LA BASTIDE III* CARL L. REISNER*
ARIEL J. DECKELBAUM*       LORIN L. REISNER*
ALICE BELISLE EATON*       WALTER G. RICCIARDI*
ANDREW J. EHRLICH*         WALTER RIEMAN*
GREGORY A. EZRING*         RICHARD A. ROSEN*
LESLIE GORDON FAGEN        ANDREW N. ROSENBERG*
MARC FALCONE*              JACQUELINE P. RUBIN*
ROSS A. FIELDSTON*         RAPHAEL M. RUSSO*
ANDREW C. FINCH            ELIZABETH M. SACKSTEDER*
BRAD J. FINKELSTEIN*       JEFFREY D. SAFERSTEIN*
BRIAN P. FINNEGAN*         JEFFREY B. SAMUELS*
ROBERTO FINZI              DALE M. SARRO
PETER E. FISCH*            TERRY E. SCHIMEK*
ROBERT C. FLEDER*          KENNETH M. SCHNEIDER*
MARTIN FLUMENBAUM          ROBERT B. SCHUMER*
ANDREW J. FOLEY*           JOHN M. SCOTT*
HARRIS B. FREIDUS*         STEPHEN J. SHIMSHAK*
MANUEL S. FREY*            DAVID R. SICULAR*
ANDREW L. GAINES*          MOSES SILVERMAN
MICHAEL E. GERTZMAN*       STEVEN SIMKIN*
ADAM M. GIVERTZ*           AUDRA J. SOLOWAY*
SALVATORE GOGLIORMELLA*    SCOTT M. SONTAG*
ROBERT D. GOLDBAUM*        TARUN M. STEWART*
NEIL GOLDMAN*              ERIC ALAN STONE*
CATHERINE L. GOODALL*      AIDAN SYNNOTT*
ERIC GOODISON*             ROBYN F. TARNOFSKY*
CHARLES H. GOOGE, JR.*     MONICA K. THURMOND*
ANDREW G. GORDON*          DANIEL J. TOAL*
UDI GROFMAN*               LIZA M. VELAZQUEZ*
NICHOLAS GROOMBRIDGE*      LAWRENCE G. WEE*
BRUCE A. GUTENPLAN*        THEODORE V. WELLS, JR.
GAINES GWATHMEY, III*      STEVEN J. WILLIAMS*
ALAN S. HALPERIN*          LAWRENCE I. WITDORCHIC*
JUSTIN G. HAMILL*          MARK B. WLAZLO*
CLAUDIA HAMMERMAN*         JULIA T.M. WOOD
BRIAN S. HERMANN*          JENNIFER H. WU*
MICHELE HIRSHMAN*          JORDAN E. YARETT*
MICHAEL S. HONG*           KAYE N. YOSHINO*
DAVID S. HUNTINGTON*       TONG YU*
AMRAN HUSSEIN*             TRACEY A. ZACCONE*
LORETTA A. IPPOLITO*       TAURIE M. ZEITZER*
JAREN JANGHORBANI*         T. ROBERT ZOCHOWSKI, JR.*
BRIAN M. JANSON*

*NOT AN ACTIVE MEMBER OF THE DC BAR

June 27, 2016

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

      Re:   *Nieves v. Performance Sports Group Ltd., et al.*,
             No. 1:16-cv-3591-GHW (S.D.N.Y.)

Dear Judge Woods:

      This firm represents Defendants Performance Sports Group Ltd., Mark Vendetti, and Amir Rosenthal (collectively, the "PSG Defendants") in this action. Defendant Kevin Davis, who has not yet been served, is represented by separate counsel. We write, pursuant to Rule 1(E) of the Court's Individual Practices, to request an adjournment of the July 7, 2106 deadline to file a response to the complaint. The PSG Defendants have not made any previous applications for adjournments, and counsel for lead plaintiff does not object to this request.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Gregory H. Woods                                                                           2

   The only complaint in this action was filed on May 13, 2016, by Plaintiff Juan Francisco Gonzalez Nieves as Trustee of the Gonzalez Coronado Trust, on behalf of a putative class (the "Nieves Complaint"). Nieves was represented by Bronstein, Gewirtz & Grossman, LLC. The PSG Defendants were not served with the Nieves Complaint at that time.

   On May 17, 2016, the Plumbers & Pipefitters National Pension Fund (the "Pension Fund") filed a motion seeking appointment as lead plaintiff in the putative class action filed by Nieves. The Court granted that motion on June 7, 2016, appointing the Pension Fund as lead plaintiff and its attorneys, Cohen Milstein Sellers & Toll PLLC, as lead counsel.

   On June 16, 2016, the Pension Fund served a copy of the Nieves Complaint on the PSG Defendants. The Pension Fund's efforts to serve Defendant Davis have been unsuccessful to date, and counsel for Davis has thus far declined to accept service on his behalf.

   I have conferred with counsel for the Pension Fund and learned that it intends to file an amended complaint in this matter and will propose to the Court a filing deadline upon serving Davis.

   In light of the substitution of the Pension Fund for Nieves as lead plaintiff and the Pension Fund's intention to file an amended complaint, it would serve no useful purpose for the PSG Defendants to file a response to the Nieves Complaint. Such a filing would be a waste of resources, as the Nieves Complaint will not be the operative instrument in this action, and any motion to dismiss would be rendered moot.

   The PSG Defendants therefore request the adjournment of the July 7, 2016 deadline to file an answer, motion, or other response to the Nieves Complaint, pending the filing of an amended complaint by the Pension Fund.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Gregory H. Woods     3

      As noted above, the PSG Defendants have made no previous adjournment requests, and counsel for the Pension Fund does not oppose this initial request for an adjournment.

      We appreciate the Court's consideration of this request.

                                                 Respectfully submitted,

                                                 /s/ Justin Anderson

cc:     Stephen D. Bunch (by ECF and email)
        Kenneth M. Rehns (by ECF and email)