UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN FRANCISCO GONZALEZ NIEVES AS TRUSTEE OF THE GONZALEZ CORONADO TRUST, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  -against-<br><br>PERFORMANCE SPORTS GROUP LTD., KEVIN DAVIS, and AMIR ROSENTHAL,<br><br>       Defendants. | Case No. 1:16-cv-03591-GHW |

### NOTICE OF JOINT MOTION BY DEFENDANTS PERFORMANCE SPORTS GROUP LTD., KEVIN DAVIS, AND AMIR ROSENTHAL TO DISMISS THE AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Declaration of Timothy J. Holland and the exhibits annexed thereto, and all other papers and proceedings herein, Defendants Performance Sports Group Ltd., Kevin Davis, and Amir Rosenthal, by and through their attorneys, hereby respectfully move this Court, before the Honorable Gregory H. Woods, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 2260, New York, New York 10007, for an Order, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act, dismissing Plaintiff's Amended Complaint on a date and at a time to be set by the Court.

Dated:	October 13, 2016
	New York, New York

          Respectfully submitted,


          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

          /s/ Leslie Gordon Fagen
          Leslie Gordon Fagen
          Timothy J. Holland
          1285 Avenue of the Americas
          New York, New York  10019-6064
          Tel.  (212) 373-3000
          Fax  (212) 757-3990
          lfagen@paulweiss.com
          tholland@paulweiss.com

          Justin Anderson (*pro hac vice*)
          2001 K Street, NW
          Washington, D.C. 20006-1047
          janderson@paulweiss.com

          *Attorneys for Defendants Performance Sports Group Ltd. and Amir Rosenthal*

          WINSTON & STRAWN LLP

          /s/ David L. Aronoff
          David L. Aronoff (*pro hac vice*)
          Gayle I. Jenkins (*pro hac vice*)
          Scott J. Fishwick (*pro hac vice*)
          333 S. Grand Avenue
          Los Angeles, California  90071-1543
          Tel.  (213) 615-1700
          Fax  (213) 615-1750
          DAronoff@winston.com
          GJenkins@winston.com
          SFishwick@winston.com

          Seth C. Farber
          200 Park Avenue
          New York, New York 10166-4193
          SFarber@winston.com

          *Attorneys for Defendant Kevin Davis*