UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
JUAN FRANCISCO GONZALEZ NIEVES AS :
TRUSTEEE OF THE GONZALEZ CORONADO :
TRUST, individually and on behalf of all others :
similar situated, :
 :
                       Plaintiff, :    Case No. 1:16-cv-03591-GHW
 :
    - against - :
 :
KEVIN DAVIS and AMIR ROSENTHAL, :
 :
                       Defendants. :
-------------------------------------------------------------x

## NOTICE OF JOINT MOTION BY DEFENDANTS KEVIN DAVIS AND AMIR ROSENTHAL TO DISMISS THE SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Jason C. Rubinstein and the exhibits annexed thereto, and all other papers and proceedings herein, Defendants Kevin Davis and Amir Rosenthal, by and through their attorneys, hereby respectfully move this Court, before the Honorable Gregory H. Woods, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 2260, New York, New York 10007, for an Order, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act, dismissing Plaintiff's Second Amended Complaint on a date and at a time to be set by the Court.

PLEASE TAKE FURTHER NOTICE that pursuant to Order of the Court entered June 16, 2017 [ECF No. 113], Plaintiff's opposition to this motion is due no later than July 24,

3275336.1

2017, and Defendants' consolidated reply in further support of this motion is due within three weeks after service of Plaintiff's opposition.

Dated: New York, New York
June 22, 2017

| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | WINSTON & STRAWN LLP |
|---|---|
| s/ Edward A. Friedman | s/ David L. Aronoff |
| Edward A. Friedman | David L. Aronoff (*pro hac vice*) |
| Jason C. Rubinstein | Gayle I. Jenkins (*pro hac vice*) |
| Timothy M. Haggerty | Scott J. Fishwick (*pro hac vice*) |
| 7 Times Square, 28th Floor | 333 S. Grand Avenue |
| New York, New York 10036-6516 | Los Angeles, California 90071-1543 |
| Tel. (212) 833-1100 | Tel. (213) 615-1700 |
| Fax (212) 833-1250 | Fax (213) 615-1750 |
| efriedman@fklaw.com | DAronoff@winston.com |
| jrubinstein@fklaw.com | GJenkins@winston.com |
| thaggerty@fklaw.com | SFishwick@winston.com |
| *Attorneys for Defendant Amir Rosenthal* | Seth C. Farber |
| | 200 Park Avenue |
| | New York, New York 10166-4193 |
| | SFarber@winston.com |
| | *Attorneys for Defendant Kevin Davis* |

2

3275336.1