```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PLUMBERS & PIPEFITTERS NATIONAL          :
PENSION FUND and JUAN FRANCISCO          :
NIEVES, As trustee of the Gonzalez Coronado :
Trust, Individually and on behalf of all others :   1:16-cv-3591-GHW
similarly situated,                      :
                                         :           ORDER
                             Plaintiffs, :
                                         :
          -against-                      :
                                         :
KEVIN DAVIS and AMIR ROSENTHAL,          :
                                         :
                             Defendants. :
----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On June 19, 2020, the Court held an initial pretrial conference. At the conference, the parties requested that discovery be stayed so the parties can engage in a private mediation. As stated on the record, the Court finds good cause to stay discovery. The Court will hold a status conference on September 24, 2020 at 4:00 p.m. Discovery is stayed through September 30, 2020.

The parties are directed to submit a joint status letter by no later than September 22, 2020.

SO ORDERED.

Dated:  June 20, 2020                     _____
                                          GREGORY H. WOODS
                                          United States District Judge