UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
PLUMBERS & PIPEFITTERS NATIONAL
PENSION FUND and JUAN FRANCISCO
GONZALEZ NIEVES AS TRUSTEE OF          Case No. 1:16-cv-03591-GHW
THE GONZALEZ CORONADO TRUST,
individually and on behalf of all others similar
situated,

        Plaintiffs,

   -against-

KEVIN DAVIS and AMIR ROSENTHAL,

        Defendants.
------------------------------------- X

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the declaration of Alice Buttrick below, Lead Plaintiff Plumbers and Pipefitters National Pension Fund ("Lead Plaintiff") moves this Court for an Order allowing Alice Buttrick to withdraw as counsel for Lead Plaintiff. In support of such notice and in conformance with Local Rule 1.4, undersigned counsel states the following:

1. After July 10, 2020 I will no longer be associated with Cohen Milstein Sellers & Toll PLLC.

2. Other attorneys at Cohen Milstein Sellers & Toll PLLC will continue to be counsel of record for Plumbers and Pipefitters National Pension Fund in this matter.

3. My withdrawal will not affect any deadlines or cause any delays in this matter.

Dated:  July 10, 2020	Respectfully submitted,

/s/ Alice Buttrick

Alice Buttrick
Cohen Milstein Sellers & Toll PLLC
88 Pine Street ● 14th Floor
New York, NY 10005
(212) 838-7797
abuttrick@cohenmilstein.com


*Attorney for Lead Plaintiff*