UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
PLUMBERS & PIPEFITTERS NATIONAL
PENSION FUND and JUAN FRANCISCO
GONZALEZ NIEVES AS TRUSTEE OF
THE GONZALEZ CORONADO TRUST,
individually and on behalf of all others similar
situated,

       Plaintiffs,

  -against-

KEVIN DAVIS and AMIR ROSENTHAL,

       Defendants.

Case No. 1:16-cv-03591-GHW

**(PROPOSED) ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Upon the Motion by Lead Plaintiff Plumbers and Pipefitters National Pension Fund and the accompanying declaration of Alice Buttrick,

IT IS HEREBY ORDERED that the motion for Alice Buttrick to withdraw as counsel for Lead Plaintiff Plumbers and Pipefitters National Pension Fund is granted, and Alice Buttrick's appearance is withdrawn as of the date of this Order. The Clerk is directed to remove Alice Buttrick from the CM/ECF service list for this action.

Dated: _____

                                                        Hon. Gregory H. Wood