```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PLUMBERS & PIPEFITTERS NATIONAL :
PENSION FUND and JUAN FRANCISCO :
NIEVES, as trustee of the Gonzalez Coronado :
Trust, Individually and on behalf of all others :     1:16-cv-3591-GHW
similarly situated, :
: ORDER
Plaintiffs, :
:
-against- :
:
KEVIN DAVIS and AMIR ROSENTHAL, :
:
Defendants. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On January 19, 2021, the Court held a conference regarding Defendants' motion for issuance of a letter of request. Dkt No. 205. During the conference, Defendants withdrew that motion. The Court understands that Defendants will submit a renewed motion that addresses the issues raised by the Court during the conference.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 205.

SO ORDERED.

Dated: January 22, 2021
_____
GREGORY H. WOODS
United States District Judge