```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PLUMBERS & PIPEFITTERS NATIONAL
PENSION FUND and JUAN FRANCISCO
NIEVES, as trustee of the Gonzalez Coronado
Trust, Individually and on behalf of all others
similarly situated,

                                   Plaintiffs,

-against-

KEVIN DAVIS and AMIR ROSENTHAL,

                                   Defendants.
-----------------------------------------------------------X

1:16-cv-3591-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On September 14, 2021, the parties requested a stay of all deadlines pending effectuation of a proposed settlement. Dkt. No. 259. The Court grants that request and orders that all deadlines are stayed pending effectuation of the settlement. The motion for class certification currently pending at Dkt. No. 202 and the motion to exclude an expert opinion at Dkt. No. 217 are deemed withdrawn but may be refiled in the event that the proposed settlement is not effectuated. No later than October 1, 2021, the parties are directed to submit a joint letter with the date by which they expect to submit their preliminary approval materials for consideration by the Court.

The Clerk of Court is directed to terminate the motions currently pending at Dkt. Nos. 202 and 217. The Clerk of Court is also directed to note the stay on the docket.

SO ORDERED.

Dated: September 17, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge