**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

PLUMBERS & PIPEFITTERS NATIONAL
PENSION FUND, and JUAN FRANCISCO
NIEVES, as Trustee of the Gonzalez Coronado
Trust, Individually and on Behalf of All Others
Similarly Situated,

                    Plaintiff,

   vs.

                   Case No.: 1:16-cv-3591-GHW

KEVIN DAVIS and AMIR ROSENTHAL,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

### LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

PLEASE TAKE NOTICE that Lead Plaintiff United Association National Pension Fund, f/k/a Plumbers & Pipefitters National Pension Fund ("UANPF" or "Lead Plaintiff"), on behalf of itself and each of the Settlement Class Members, moves this Court before the Honorable Gregory H. Woods for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure (i) preliminarily approving the proposed Settlement; (ii) preliminarily certifying the Settlement Class for purposes of the Settlement; (iii) approving the form and manner of notice to Settlement Class Members; and (iv) scheduling a Final Approval Hearing on the Settlement and dismissal of the Action with prejudice upon the terms and conditions set forth in the Stipulation and Agreement of Settlement dated as of December 1, 2021, and on Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses.

Dated: December 1, 2021                    Respectfully submitted,

*/s/ Carol V. Gilden*

COHEN MILSTEIN SELLERS & TOLL PLLC
Carol V. Gilden
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Tel.: (312) 357-0370
Fax: (312) 357-0369

Steven J. Toll (*pro hac vice*)
S. Douglas Bunch (SB-3028)
Joshua C. Handelsman (*pro hac vice*)
1100 New York Avenue, N.W. │ Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699

*Attorneys for Lead Plaintiff United Association*
*National Pension Fund and Lead Counsel for the*
*Class*

O'DONOGHUE & O'DONOGHUE LLP
Louis P. Malone III
5301 Wisconsin Ave. N.W.
Suite 800
Washington, DC 20015
Tel.: (202) 362-0041
Fax: (202) 362-2640

*Additional Attorneys for Lead Plaintiff United*
*Association National Pension Fund and Lead*
*Counsel for the Class*