USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PLUMBERS & PIPEFITTERS NATIONAL        :
PENSION FUND and JUAN FRANCISCO        :
NIEVES, as trustee of the Gonzalez Coronado :
Trust, Individually and on behalf of all others :
similarly situated,                                          :
                                                                  :
                                         Plaintiffs,   :
                                                                  :
                    -against-                            :
                                                                  :
KEVIN DAVIS and AMIR ROSENTHAL,     :
                                                                  :
                                        Defendants.  :
-----------------------------------------------------------------X

1:16-cv-3591-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court held a conference on January 11, 2022 to discuss lead plaintiff's unopposed

motion for preliminary approval of settlement.  The Court expects that the supplemental briefing

requested by the Court during the January 11, 2022 conference will be filed on or before January 21,

2022.

        SO ORDERED.

Dated:  January 11, 2022
New York, New York                                _____
                                                                    GREGORY H. WOODS
                                                                 United States District Judge