```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PLUMBERS & PIPEFITTERS NATIONAL :
PENSION FUND and JUAN FRANCISCO :
NIEVES, as trustee of the Gonzalez Coronado :
Trust, Individually and on behalf of all others :     1:16-cv-3591-GHW
similarly situated, :
                                                                :                ORDER
                                                 Plaintiffs, :
:
           -against- :
:
KEVIN DAVIS and AMIR ROSENTHAL, :
:
                                                Defendants. :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        In the supplemental submissions provided to the Court by counsel for Lead Plaintiffs on January 21, 2022, Dkt. No. 275, Lead Plaintiffs disclosed a potentially material development in the resolution of the settlement of the bankruptcy case. *Id.* at 4 n.3. The Court has deferred providing feedback regarding the supplemental proposals by Lead Plaintiffs with the expectation that further information regarding that development would be provided to the Court. The Court requests that Lead Plaintiffs submit a letter with an update with respect to the contingent recovery for the bankruptcy settlement class promptly.

        SO ORDERED.

Dated: May 22, 2022                                     _____
New York, New York                                 GREGORY H. WOODS
                                                                          United States District Judge