```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

KEVIN DAVIS and AMIR ROSENTHAL,

Defendants.

Case No.: 1:16-cv-3591-GHW

**ORDER GRANTING WITHDRAWAL OF APPEARANCE OF BARI R. NADWORNY**

---

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration of Bari R. Nadworny, of Baker & Hostetler LLP, Bari R. Nadworny is hereby withdrawn as counsel for Defendant Kevin Davis.

The Clerk of Court is instructed to terminate Bari R. Nadworny from the list of active counsel in this case.

SO ORDERED.

Dated: September 7, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge